

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-21-00568-CV

**EDIFIKA INVESTMENTS, LLC** d/b/a Military Village Apartments,
Appellant

v.

**CHAIN & CHAIN CONSTRUCTION, LLC,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-14175
Honorable Nicole Garza, Judge Presiding

# O R D E R

Appellant's brief was due by July 7, 2022, and on July 1, 2022, appellant requested a sixty-day extension of time to file its brief. After consideration, we **grant** the motion and **order** appellant to file its brief **by September 6, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court